020                                                    Transaction Receipt

# Merchant: SNAP CAR BUYING

25395 PLEASANT VLY RD 17
CHANTILLY, VA 20152                    703-988-2145
US

Order Information

Description:
Order Number:                          P.O. Number:
Customer ID:                           Invoice Number:

**Billing Information**                **Shipping Information**
Suwannawong
20770

|  |  |
|---|---|
| Shipping: | 0.00 |
| Tax: | 0.00 |
| Total: | USD 1,132.84 |

Payment Information

Date/Time:              09-Jul-2020 10:06:04 EDT
Transaction ID:         42105504506
Transaction Type:       Authorization w/ Auto Capture
Transaction Status:     Captured/Pending Settlement
Authorization Code:     552633
Payment Method:         Visa XXXX3181

PLAINTIFF'S
EXHIBIT
5