VIRGINIA:

IN THE GENERAL DISTRICT COURT OF PRINCE WILLIAM COUNTY

NATCHANUN SUWANNAWONG

    Plaintiff,

v.                                                      Case No.: GV20013862-00

SNAP CAR BUYING, INC., et al.

    Defendants.

## ORDER

THIS CAUSE came to be heard for trial this 19th day of October, 2021; and

IT APPEARING TO THE COURT that the judgment is proper and that in the transaction underlying this case the Defendant made a fraudulent representation, violated Virginia Code §46.2-1542, violated the Virginia Consumer Protection Act, and that the Plaintiff's damages claimed herein are from this violation; and it is

ORDERED that judgment should be and hereby is awarded to the Plaintiff, and against Defendants* in the amount of $25,000.00 Dollars principle balance; plus $14,576.50 [~~14,891.50~~] attorney fees; $56 Dollars Court costs; and interest at the rate of 6% per annum from 4/7/20 until paid; and it is further

ORDERED that the Defendant's counterclaim should be and hereby is dismissed with prejudice.

ENTERED this 19th day of October, 2021.

\* { Snap Car Buying, Inc
   and
   Alexadra Semyonova-Ellis }

-1-

_____ /s/ Easley
JUDGE

PRESENTED:

_____
Thomas R. Breeden, Esquire, VSB #33410
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
Telephone No.: (703) 361-9277
Facsimile No.: (703) 337-0441
Email: trb@tbreedenlaw.com
Counsel for Plaintiff

SEEN AND _____:

Δ⁵ FTA
_____
Alexandra Semyonova-Ellis
6207 Springstone Place
Clifton, Virginia 20124
Defendant